UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHONQUARO GREEN #445200** | **CASE NO. 6:18-CV-00806 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **W S MCCAIN** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation filed by the Petitioner;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 13th day of March, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE